ELIAS SIMADIRIS, Suing on Behalf of Himself and All Other Banquet Waiters in the Employ of Hotel Waldorf Astoria Corporation, Similarly Situated, Respondent, *v*. HOTEL WALDORF ASTORIA CORPORATION, Appellant.

Argued January 12, 1954; decided March 12, 1954.

*Simon H. Rifkind* and *Jay H. Topkis* for appellant.

*David M. Freedman, Vito Marcantonio* and *Abraham Unger* for respondent.

Order affirmed. First and second questions certified answered in the affirmative. Third question certified answered in the negative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.